C. A. 5th Cir.; Sup. Ct. Fla.; Sup. Ct. Mont.; Sup. Ct. Fla.; Super. Ct. Ariz., Pima County; Sup. Ct. Ind.; Sup. Ct. Idaho; Super. Ct. Ariz., Pima County; Sup. Ct. Mo.; Sup. Ct. Fla.; Sup. Ct. Ind.; Ct. Crim. App. Tex.; Ct. Crim. App. Tex.; Ct. Crim. App. Tex.; Sup. Ct. S. C.; Sup. Ct. Ga.; Ct. Crim. App. Okla.; Sup. Ct. Mo.; Ct. Crim. App. Tex.; Sup. Ct. Fla.; Ct. Crim. App. Tex.; and Ct. Crim. App. Tex. Certiorari denied.
denied.